1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

The Bank of New York Mellon,

Case No.:  15-CV-2896-GPC-DHB

12

Plaintiff,

**ORDER REMANDING CASE TO STATE COURT**

13

v.

14

Jose Diaz, and Does 1-5,

15

Defendant.

16
17

     On January 21, 2016, the Court ordered Defendant to show cause why the case

18

should not be remanded. Order to Show Cause, ECF No. 3. Neither party responded to

19

the Order. On February 26, 2016, the Court held an unattended show cause hearing.

20

Based on the reasons set forth in the Order to Show Cause, **IT IS HEREBY ORDERED**

21

that this case be remanded back to state court.

22

     **IT IS SO ORDERED.**

23

Dated:  February 29, 2016

24

Hon. Gonzalo P. Curiel
United States District Judge

25
26
27
28

1

15-CV-2896-GPC-DHB